UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                              :        Chapter 13

TESSA N. NDILLE                                    :        CASE NO. 06-41921-JBR

DEBTOR                                             :

ORDER ON MOTION TO ALTER OR AMEND AUGUST 14, 2007 ORDER

This matter came before the Court on the Motion to Alter or Amend August 14, 2007 Order [docket #88] pursuant to which the Court Ordered Attorney Julia Fullwood to file applications for compensation in all cases in which she represents a debtor in this district to the extent that she has a claim for unpaid compensation or expense reimbursement against a debtor or a debtor's estate, including those cases in which she is holding fees and expenses in her IOLTA account or seeking to be paid fees and expenses pursuant to a plan. After reviewing the Motion to Alter or Amend August 14, 2007 Order, it is hereby ORDERED that the Motion is DENIED.

Attorney Fullwood does not appear to dispute the Court's authority to require that she file fee applications and indeed MLBR Appendix 1, Rule 13-7(b) contemplates that there may be instances where the Court will order fee applications ever when the amount of fees is less than $2,500 and $500 for pre and post confirmation services further order of the Court. Instead she seeks reconsideration because the Court entered one order in the above case requiring the filing of fee applications in all Chapter 13 cases pending in this district in which Attorney Fullwood represented the debtor or debtors rather than enter an order in each of the actual cases. For the reasons set forth in *In re Lafrance*, 311 B.R. 1 (Bankr. D. Mass. 20040, the Court rejects this

argument.

Dated: August 31, 2007

                                            Joel B. Rosenthal
                                            United States Bankruptcy Judge